UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ELLIS CROCKETT,

          Petitioner,

v.

JASON BENNETT,

          Respondent.

Case No. 3:24-cv-5640-TL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal *habeas corpus* petition, and this matter, are DISMISSED without prejudice.

(3) Petitioner's motion to proceed IFP (Dkt. 1), as well as his proposed "request for certification" (Dkts. 1-4), proposed "motion to waive magistrates report and recommendation" (Dkt. 1-5), proposed "motion to appoint standby counsel" (Dkt. 1-6) and proposed "motion to order response" (Dkt. 1-7) are DENIED as moot.

(4) A certificate of appealability is DENIED.

1  (5) The Clerk is directed to send copies of this order to petitioner and to the Hon.
2  Theresa L. Fricke.

4  Dated this 4th day of November, 2024.

_____
Tana Lin
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2